# United States District Court
## *Southern District of Georgia*

Calvin James

### JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV419-62

U.S. Marshal

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

### IT IS ORDERED AND ADJUDGED

that in accordance with this Court's Order dated May 6, 2019, adopting the Report and

Recommendation of the Magistrate Judge, the Court dismisses the petition pursuant to 28 U.S.C.

2255 without prejudice. This action stands closed.



May 6, 2018
*Date*

Scott L. Poff
*Clerk*

*(By) Deputy Clerk*